| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Telephone: 415.436.6857 |
| 7 | Facsimile:  415.436.6748<br>Email: patricia.kenney@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C 07-5459 MEJ |
| Plaintiff, | ) | No. 07- |
| v. | ) | NOTICE OF FORFEITURE ACTION |
| (1) APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, AND<br>(2) APPROXIMATELY $39,000 IN UNITED STATES CURRENCY, | ) ) ) ) ) | |
| Defendants. | ) | |

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) was filed on October 25, 2007, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *in rem* defendant properties.

In order to contest forfeiture of the *in rem* defendant properties, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Dated: October 25, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney

Notice of Forfeiture Action
C 07-                                              2