1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:  415.436.6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA,        )
13 |                                  )   No. C 07-5459
   |              Plaintiff,          )
14 |                                  )
   |      v.                          )   WARRANT OF ARREST OF
15 |                                  )   PROPERTY IN REM
   |                                  )
16 | (1) APPROXIMATELY $52,000 IN     )
   | UNITED STATES CURRENCY, AND      )
17 | (2) APPROXIMATELY $39,000 IN     )
   | UNITED STATES CURRENCY,          )
18 |                                  )
   |                                  )
19 |              Defendant.          )
   |_____)

20
       TO:   ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF
21           DRUG ENFORCEMENT ADMINISTRATION:

22
       YOU ARE HEREBY COMMANDED to arrest and seize the defendant $39,000 in
23
   United States Currency and maintain custody of same pursuant to 19 U.S.C. § 1605 until
24
   further Order of the Court.
25
       Claimants of the above-described currency which is the subject of this action shall file their
26
   claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th
27
   floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney,
28
   Attention: Patricia J. Kenney, Assistant United States Attorney, U.S. Attorney's Office, 450

1  Golden Gate Ave., 9th floor, San Francisco, California 94102, within 35 days after the date of
2  service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty
3  or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of
4  the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed
5  and served within twenty (20) days thereafter or within such additional time as may be allowed
6  by the Court.

7  Dated: October 25, 2007                                  RICHARD W. WEIKING
                                                            United States District Clerk
8
9                                                           By: _____