SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
|                     Plaintiff, | ) | C No. 07 5459 |
| v. | ) | WARRANT OF ARREST OF PROPERTY *IN REM* |
| (1) APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, AND (2) APPROXIMATELY $39,000 IN UNITED STATES CURRENCY, | ) ) ) ) ) | |
|                     Defendants. | ) | |

TO:    ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF DRUG ENFORCEMENT ADMINISTRATION:

YOU ARE HEREBY COMMANDED to arrest and seize the defendant $52,000 in United States Currency and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

Claimants of the above-described currency which is the subject of this action shall file their claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney, Attention: Patricia J. Kenney, Assistant United States Attorney, U.S. Attorney's Office, 450

1  Golden Gate Ave., 9th floor, San Francisco, California 94102, within 35 days after the date of
2  service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty
3  or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of
4  the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed
5  and served within twenty (20) days thereafter or within such additional time as may be allowed
6  by the Court.
7  Dated: October 25, 2007                          RICHARD W. WEIKING
                                                    United States District Clerk
8
9                                                   By: _____