SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.6748
    E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>   v. )<br>)<br>(1) APPROXIMATELY $52,000 IN UNITED )<br>STATES CURRENCY, AND )<br>(2) APPROXIMATELY $39,000 IN UNITED )<br>STATES CURRENCY, )<br>)<br>            Defendants. )<br>) | No.  C 07-5459 MEJ<br><br>CERTIFICATE OF SERVICE |

      The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

    1.   Government Complaint for Forfeiture;

    2.   Notice of Forfeiture Action;

    3.   Warrant of Arrest of Property *In Rem;*

    4.   Case Management Standing Order;

    5.   Notice of Assignment of Case to a US Magistrate Judge for Trial;

    6.   United States District Court's Local Rules and Guidelines;

7. ADR Dispute Resolution Procedures in the Northern District of California; and

8. ECF Registration Information Handout

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Diana Frappier
344 40th Street
Oakland, CA 94609
Attorney for Ustano McVey

Ustano McVey
2909 California Street
San Francisco, CA 94115

Lance Dunmore
Rama Tirrell Moore
1076 Alcatraz
Emeryville, CA 94608

Robert J. Beles, Esq
The Ordway Building
1 Kaiser Plaza, Suite 2300
Oakland, CA 94612
Attorney for Lance Dunmore

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  14th   day of November, 2007, at San Francisco, California.

_____/S/_____
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

Certificate of Service
C 07-5459 MEJ                                            2