ORIGINAL                                                                ORIGINAL

**Robert J. Beles** CSBN 41993
**Michael E. Porcella** CSBN 241909
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3688
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Claimant* LANCE DUNMORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff*,<br>     vs.<br><br>(1) APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, AND<br><br>(2) APPROXIMATELY $39,000 IN UNITED STATES CURRENCY,<br><br>          *Defendants*. | No. C 07 5459 MEJ<br><br>ANSWER; DEMAND FOR JURY TRIAL |

**ANSWER**

1. Claimant LANCE DUNMORE ("DUNMORE") denies the allegations of paragraphs 1 through 4 of the Complaint.

2. DUNMORE admits the allegations of paragraphs 5 and 6.

3. DUNMORE is without sufficient knowledge to admit or deny the allegations of paragraphs 7 through 24 of the Complaint.

4. DUNMORE admits that part of the allegation of paragraph 25 that relates to the filing of his administrative claim. DUNMORE is without sufficient knowledge to admit or deny that part of the allegation relating to USTANO MCVEY'S administrative claim.

5. DUNMORE denies the allegations of paragraphs 26 through 29 of the Complaint.

### First Defense – Innocent Owner

6. DUNMORE realleges paragraphs 1 through 5 of the Answer.

7. DUNMORE is an innocent owner of defendant Approximately $52,000 in United States Currency.

### Demand for Jury Trial

DUNMORE demands a jury trial on all claims, counts, issues, and defenses so triable.

Dated: Oakland, California, Tuesday, December 3, 2007.

*/s/ Robert J. Beles*
_____
**Robert J. Beles**
**Michael E. Porcella**
Attorneys for *Claimant* LANCE DUNMORE