ORIGINAL                                                    ORIGINAL

1   **Robert J. Beles** CSBN 41993
    **Michael E. Porcella** CSBN 241909
2   One Kaiser Plaza, Suite 2300
    Oakland, California 94612-3688
3   Tel No. (510) 836-0100
    Fax. No. (510) 832-3690
4
    Attorneys for *Claimant* LANCE DUNMORE
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10
    | | |
    |---|---|
    | UNITED STATES OF AMERICA, | No. C 07 5459 MEJ |
11  | *Plaintiff*, | **FORFEITURE CLAIM** |
12  | vs. | |
13  | | |
    | (1) APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, AND | |
14  | | |
15  | (2) APPROXIMATELY $39,000 IN UNITED STATES CURRENCY, | |
16  | *Defendants*. | |
17

18                       **FORFEITURE CLAIM**

19       I, Lance Dunmore, declare and claim, under penalty of perjury, that I am the owner of the asset

20   described above: ($52,000 U.S. Currency, asset value $52,000, Asset ID: 07-DEA-484985, seized in

21   San Francsico, CA, on May 22, 2007, Case No. 07-DEA-484985.

22   //

23   //

24   //

25   //

26   //

27   //

28   //

**1**

Forfeiture Claim

ORIGINAL                                                ORIGINAL

1      I intend to contest the forfeiture in the Northern District of California.

2
       Dated:  Oakland, California, Wednesday, December 12, 2007.
3

4

5                                                    _____
                                                     **Lance Dunmmore**
6                                                    Claimant

7

8                                                    _____
                                                     **Robert J. Beles**
9                                                    **Michael E. Porcella**
                                                     Attorneys for *Claimant* LANCE DUNMORE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**

Forfeiture Claim