**DAVID M. MICHAEL, SBN 74031**
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:   (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:   dmmp5@aol.com

**DIANA T. FRAPPIER, SBN 184048**
344 40th Street
Oakland, CA 94609
Telephone:   (510) 428-3939
Facsimile:   (415) 233-4477
E-mail:   esqdiana@comcast.net

**Attorneys for Claimant
USTANO K. McVEY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>(1) APPROXIMATELY $52,000.00 IN UNITED STATES CURRENCY, AND<br>(2) APPROXIMATELY $39,000.00 IN UNITED STATES CURRENCY,<br>    Defendant.<br>_____/<br>USTANO K. McVEY,<br>    Claimant<br>_____/. | No. C 07 5459 MEJ<br><br>**VERIFIED CLAIM OF USTANO K. McVEY OPPOSING FORFEITURE** |

The undersigned hereby claims an ownership and/or a possessory interest in, and the right to exercise dominion and control over, all or part of the defendant property.

Dated: 11 January 2008

                                                            S/ USTANO K. McVEY
                                                            USTANO K. McVEY

VERIFIED CLAIM OF USTANO K. McVEY  OPPOSING FORFEITURE
CASE NO. C 07 5459 MEJ

**VERIFICATION**

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: 11 January 2008

S/ USTANO K. McVEY
USTANO  K. McVEY

**CERTIFICATE OF ELECTRONIC FILING**

The undersigned hereby certifies that, on 11 January 2008, she caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

PATRICIA J. KENNEY CSBN 130238
Office of the U.S. Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco CA 94102
sgray2@usdoj.gov

S/DIANA T. FRAPPIER
DIANA T. FRAPPIER

VERIFIED CLAIM OF USTANO K. McVEY  OPPOSING FORFEITURE
CASE NO. C 07 5459 MEJ