**DAVID M. MICHAEL, SBN 74031**
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:  (415) 946-8996
Facsimile:  (877) 538-6220
E-mail:  dmmp5@aol.com

**DIANA T. FRAPPIER, SBN 184048**
344  40th Street
Oakland, CA 94609
Telephone:  (510) 428-3939
Facsimile:  (415) 233-4477
E-mail:  esqdiana@comcast.net

**Attorneys for Claimant**
**USTANO K. McVEY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v.<br>(1) APPROXIMATELY $52,000.00 IN UNITED STATES CURRENCY, AND<br>(2) APPROXIMATELY $39,000.00 IN UNITED STATES CURRENCY,<br>Defendant. /<br>USTANO K. McVEY,<br>Claimant /. | No. C 07 5459 MEJ<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that David M. Michael hereby gives notice of his appearance as

NOTICE OF APPEARANCE
CASE NO. C 07 5459 MEJ

attorney of record, and co-counsel with Diana Frappier, on behalf of Claimant USTANO K. McVEY in the above entitled matter.

Dated: 22 January 2008

                                            s/DAVID M. MICHAEL
                                            DAVID M. MICHAEL

### CERTIFICATE OF ELECTRONIC FILING

The undersigned hereby certifies that, on 22 January 2008, he caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

AUSA PATRICIA J. KENNEY CSBN 130238
AUSA SUSAN B.GRAY
Office of the U.S. Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco CA 94102
patricia.kenney@usdoj.gov
sgray2@usdoj.gov

                                            s/DAVID M. MICHAEL
                                            DAVID M. MICHAEL

NOTICE OF APPEARANCE
CASE NO. C 07 5459 MEJ