JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-6748
Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> 1. APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, AND <br> 2. APPROXIMATELY $39,000 IN UNITED STATES CURRENCY <br> Defendants. | No. C 07-5459 MEJ <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> CMC Date: January 31, 2008 <br> Time: 10:00 a.m. <br><br> Courtroom B, 15th Floor |

Plaintiff, United States of America and claimants Lance Dunmore and Ustano K. McVey, respectfully submit this Joint Case Management Statement.

**1.    Jurisdiction and Service**

This Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355 and Title 21, United States Code, Section 881(a)(6). There are no counterclaims. Plaintiff contends that it has served notice of this action on all persons who may have an interest in the property, including the following: Lance Dunmore, Rama Tirrell Moore, Ustano McVey, Diana Frappier, Esq., and Robert J. Beles, Esq.

1   On December 4, 2007, Lance Dunmore, represented by Robert J. Beles and Michael E. Porcella,
2 filed an answer and demand for jury trial and on December 13, 2007, a claim opposing forfeiture for the
3 Approximately $52,000 in U.S. Currency. On January 11, 2008, Ustano K. McVey, represented by
4 David Michael and Diana T. Frappier filed a verified claim for the Approximately $39,000 in U.S.
5 Currency. To date, Claimant McVey has not filed an answer. To date, no other claims have been filed in
6 this action, including any claim by Rama Moore.

7 **2. Facts**

8   This is a forfeiture action. The money was seized from Rama Moore ($52,000) and Ustano
9 McVey ($39,000) during a consensual encounter and search at the San Francisco Airport on May 22,
10 2007. The government contends that there is sufficient evidence to believe that the defendant currency
11 is subject to forfeiture , pursuant Title 21, United States Code,  § 881(a)(6), as money furnished or
12 intended to be furnished in exchange for a controlled substance, traceable to such an exchange or used or
13 intended to be used to facilitate a violation of Subchapter I, Chapter 13 of title 21 United States Code.

14   Lance Dunmore asserts that he is the innocent owner of the defendant $52,000 in United States
15 Currency. Ustano McVey has not yet filed an answer.

16 **3. Principal Factual and Legal Issues**

17   The principal factual and legal issues in dispute are: (1) whether plaintiff can establish by a
18 preponderance of the evidence that the defendant currency is drug proceeds and thus forfeitable under
19 Title 21, United States Code, Section 881(a)(6) and (2) whether claimant Lance Dunmore can establish
20 by a preponderance of the evidence that he is an innocent owner of the defendant $52,000 in U.S.
21 Currency.

22 **5. Anticipated Motions**

23   Plaintiff may move for summary judgment at the close of discovery.

24 **6. Relief/Damages**

25   Plaintiff seeks a judgment of forfeiture of the defendant currency. This is not a damages case.

26 **7. Settlement**

27   At this juncture, matters are far too undeveloped to ascertain the possibility of settlement.

28 **8. Discovery**

This is an *in rem* forfeiture case and is exempt from initial disclosures pursuant to Federal Rule of Civil Procedure 26 (a)(1(B)(ii).   The parties have not engaged in any discovery of the case.  The parties suggest another case management conference would be appropriate in four months.

**9. Alternative Means of Disposition**

Plaintiff does not request reference to arbitration.

**10. Pretrial/Trial Issues**

The parties have not yet discussed any trial issues.

**11. Class Action**

This is not a class action.

**12. Related Case**

There are no related cases..

**13.    Other Matters –**

None.

DATED: January 24 ,2008                   _____/S/_____
                                          SUSAN B. GRAY
                                          Assistant United States Attorney


DATED: January 23 , 2008                  _____/S/_____*
                                          ROBERT J. BELES
                                          MICHAEL E. PORCELLA
                                          Attorneys for Claimant Lance Dunmore


DATED: January 18,,2008                   _____/S/_____*
                                          DAVID M. MICHAEL
                                          DIANA T. FRAPPIER
                                          Attorneys for Claimant Ustano McVey

*On the chambers copy of this stipulation the signatures of Mr. Porcella and Ms. Frappier appear on different pages with slightly different pagination because they were faxed from different offices and machines.