JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-6748
Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1. APPROXIMATELY $52,000 IN ) <br> UNITED STATES CURRENCY, AND ) <br> ) <br> 2. APPROXIMATELY $39,000 IN ) <br> UNITED STATES CURRENCY ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. C 07-5459 MEJ <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

    Plaintiff, United States of America, hereby gives notice that Assistant United States Attorney Susan B. Gray is substituting in as counsel of record in the above entitled case.

Respectfully submitted,

DATED: January 24, 2008    _____/S/_____
SUSAN B. GRAY
Assistant United States Attorney

-1-