JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7324
    Facsimile: (415) 436-6748
    Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. C 07-5459 MEJ |
|     Plaintiff,          ) | |
|                     ) | [PROPOSED] **ORDER RE:** |
|     v.                 ) |            **CASE MANAGEMENT CONFERENCE** |
| 1. APPROXIMATELY $52,000 IN ) | |
| UNITED STATES CURRENCY, AND ) | |
| 2. APPROXIMATELY $39,000 IN ) | |
| UNITED STATES CURRENCY   ) | |
|     Defendants.        ) | |

    Based upon the facts set forth in the Joint Case Management Statement filed by Plaintiff, United States of America and claimants Lance Dunmore and Ustano K. McVey, and GOOD CAUSE APPEARING, the case management conference in the above entitled matter currently set for January 31, 2008, at 10 a.m. is hereby continued to April 24, at 10:00 a.m.

DATED: January    , 2008                       _____
                                                           Maria Elena James
                                                           UNITED STATES MAGISTRATE JUDGE