1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:  415.436.6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        )
                                      )   No. C 07- 5459 MEJ
14 |           Plaintiff,              )
                                      )
15 |      v.                           )   WITHDRAWAL OF COUNSEL
                                      )
16 |                                   )
   (1) APPROXIMATELY $52,000 IN       )
17 | UNITED STATES CURRENCY, AND      )
   (2) APPROXIMATELY $39,000 IN       )
18 | UNITED STATES CURRENCY,          )
                                      )
19 |           Defendants.            )
   _____    )
20
       NOTICE is given that Assistant United States Attorney Patricia J. Kenney withdraws her
21
   appearance on behalf of the United States of America.
22

23
                                          Respectfully submitted,
24
                                          JOSEPH P. RUSSONIELLO
25                                        United States Attorney

26
                                          /s/ Patricia J. Kenney
27 Dated: February 4, 2008                _____
                                          PATRICIA J. KENNEY
28                                        Assistant United States Attorney