JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-6748
Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. 1. APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, and 2. APPROXIMATELY $39,000 IN UNITED STATES CURRENCY, Defendants. LANCE DUNMORE and USTANO K. McVEY, Claimants. | No. C 07-5459 MEJ **JOINT CASE MANAGEMENT STATEMENT** CMC Date: April 24, 2008 Time: 10:00 a.m. Courtroom B, 15th Floor |

Plaintiff, United States of America and claimants Lance Dunmore and Ustano K. McVey, respectfully submit this Joint Case Management Statement.

**1.   Jurisdiction and Service**

This Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355 and Title 21, United States Code, Section 881(a)(6). There are no counterclaims. Plaintiff contends that it has served notice of this action on all persons who may have an interest in the property, including the following: Lance Dunmore, Rama Tirrell Moore, Ustano McVey, Diana

Frappier, Esq., and Robert J. Beles, Esq.

Lance Dunmore, represented by Robert J. Beles and Michael E. Porcella, and Ustano K. McVey, represented by David Michael and Diana T. Frappier have each filed a verified claim and an answer. To date, no other claims have been filed in this action.

## 2. Facts

This is a forfeiture action. The money was seized from Rama Moore ($52,000) and Ustano McVey ($39,000) during a search at the San Francisco Airport on May 22, 2007. The government contends that there is sufficient evidence to believe that the defendant currency is subject to forfeiture, pursuant to Title 21, United States Code, § 881(a)(6), as money furnished or intended to be furnished in exchange for a controlled substance, traceable to such an exchange or used or intended to be used to facilitate a violation of Subchapter I, Chapter 13 of title 21 United States Code.

Claimants allege that the government has no evidence that shows the seized funds are related to any illegal drug activity justifying forfeiture and, in addition, allege that the search and seizure were made in violation of claimants' Fourth Amendment rights.

## 3. Principal Factual and Legal Issues

The principal factual and legal issues in dispute are: 1) whether plaintiff can establish by a preponderance of the evidence that the defendant currency is drug proceeds and thus forfeitable under Title 21, United States Code, Section 881(a)(6) and 2) whether claimants Lance Dunmore and Ustano McVey can establish by a preponderance of the evidence that they are innocent owners of the defendant $52,000 and $39,000 in U.S. Currency.

## 5. Anticipated Motions

All parties may move for summary judgment at the close of discovery.

## 6. Relief/Damages

Plaintiff seeks a judgment of forfeiture of the defendant currency. This is not a damages case. Claimants seek the return of the defendant currency.

## 7. Settlement

At this juncture, matters are far too undeveloped to ascertain the possibility of settlement.

1  //

**8. Discovery**

This is an *in rem* forfeiture case and is exempt from initial disclosures pursuant to Federal Rule of Civil Procedure 26 (a)(1)(B)(ii). The parties have not engaged in any significant discovery of the case. Claimant McVey has served plaintiff with interrogatories and requests for production of documents. The United States expects to serve claimants with discovery within the next 30 days. The parties suggest another case management conference would be appropriate in four months.

**9. Alternative Means of Disposition**

Plaintiff does not request reference to arbitration.

**10. Pretrial/Trial Issues**

The parties have not yet discussed any trial issues.

**11. Class Action**

This is not a class action.

**12. Related Case**

There are no related cases.

**13. Other Matters –**

This case was originally assigned to Assistant United States Attorney Patricia Kenney. She was out of the office for two months on sick leave and the case was reassigned to Assistant United States Attorney Susan Gray to monitor in AUSA Kenney's absence. However, the case is being reassigned to Assistant United States Attorney David Countryman. Given that AUSA Countryman has just been assigned the case, the United States suggests that the Court consider continuing the case management conference for approximately four months to allow AUSA Countryman time to acquaint himself with the facts and legal issues in the case and for further initial discovery to be completed. Counsel for claimants Dunmore and McVey do not object to

//
//
//

such a continuance. The parties propose August 21, 2008, for the next Case Management Conference.

DATED: April 16 , 2008

_____
SUSAN B. GRAY
Assistant United States Attorney

DATED: April 16, 2008

_____
ROBERT J. BELES
MICHAEL E. PORCELLA
Attorneys for Claimant Lance Dunmore

DATED: April 16 , 2008

_____
DAVID M. MICHAEL
DIANA T. FRAPPIER
Attorneys for Claimant Ustano McVey

1  //
2  such a continuance. The parties propose August 21, 2008, for the next Case Management
3  Conference.
4  DATED: April 16 , 2008

6  _____
   SUSAN B. GRAY
   Assistant United States Attorney

8  DATED: April 16, 2008

10 ROBERT J. BELES
   MICHAEL E. PORCELLA
11 Attorneys for Claimant Lance Dunmore

13 DATED: April 16 , 2008

15 _____
   DAVID M. MICHAEL
16 DIANA T. FRAPPIER
   Attorneys for Claimant Ustano McVey

-4-

1 | //
2 | such a continuance. The parties propose August 21, 2008, for the next Case Management
3 | Conference.
4 | DATED: April 16 , 2008

SUSAN B. GRAY
Assistant United States Attorney

8 | DATED: April 16, 2008

ROBERT J. BELES
MICHAEL E. PORCELLA
Attorneys for Claimant Lance Dunmore

13 | DATED: April 16 , 2008

DAVID M. MICHAEL
DIANA T. FRAPPIER
Attorneys for Claimant Ustano McVey