JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-6748
Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br>  v. <br><br> 1. APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, and <br><br> 2. APPROXIMATELY $39,000 IN UNITED STATES CURRENCY, <br><br>  Defendants. <br><br> LANCE DUNMORE and USTANO K. McVEY, <br><br>  Claimants. | No. C 07-5459 MEJ <br><br> **(Proposed) ORDER RE: CASE MANAGEMENT CONFERENCE** <br><br> CMC Date:  April 24, 2008 <br> Time:  10:00 a.m. <br><br> Courtroom B, 15th Floor |

Based upon the facts set forth in the Joint Case Management Statement filed by Plaintiff, United States of America and claimants Lance Dunmore and Ustano K. McVey, and GOOD CAUSE APPEARING, the case management conference in the above entitled matter currently set for April 24, 2008, at 10 a.m. is hereby continued to August 21, at 10:00 a.m.

DATED: April 21, 2008

_____
Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Maria-Elena James