JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7303
    Facsimile: (415) 436-6748
    email:    david.countryman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>1. APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, AND<br><br>2. APPROXIMATELY $39,000 IN UNITED STATES CURRENCY,<br><br>                Defendants. | No. C 07-5459 MEJ<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

      Plaintiff, United States of America, hereby gives notice that Assistant United States Attorney David B. Countryman is substituting in as counsel of record in the above entitled case.

                                      Respectfully submitted,
                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: April 21, 2008            /s/_____
                                          DAVID B. COUNTRYMAN
                                          Assistant United States Attorney