| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN B. GRAY (CSBN 100374)<br>Assistant United States Attorney |

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7324
Facsimile:   415.436.6748
Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>          v.<br>(1) APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, AND<br>(2) APPROXIMATELY $39,000 IN UNITED STATES CURRENCY,<br>               Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C 07- 5459 MEJ<br><br>WITHDRAWAL OF COUNSEL |

NOTICE is given that Assistant United States Attorney Susan B. Gray withdraws her appearance on behalf of the United States of America.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 04/24/08                                              /S/
                                                          SUSAN B. GRAY
                                                          Assistant United States Attorney