UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY $52,000.00<br>IN UNITED STATES CURRENCY, and<br><br>APPROXIMATELY $39,000.00<br>IN UNITED STATES CURRENCY,<br><br>    Defendant.<br>_____/<br>USTANO K. McVEY,<br><br>    Claimant.<br>_____/ | No. C 07 5459 MEJ<br><br>**[Proposed] ORDER GRANTING CLAIMANT'S MOTION TO SUPRRESS.** |

    After hearing and oral argument on Claimant's motion to suppress, IT IS HEREBY ORDERED that

    CLAIMANT'S MOTION TO SUPPRESS IS GRANTED in that the government has not satisfied its burden of justifying its warrantless search and seizure of Claimant's property and that, therefore, such seizure was conducted in violation of Claimant's rights to be free from unreasonable searches and seizures as guaranteed by the Fourth Amendment of the United States Constitution.

Dated: _____

                                                     MARIA-ELENA JAMES<br>                                                   UNITED STATES MAGISTRATE JUDGE