**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C-07-5459 MEJ |
| Plaintiff, | ORDER SETTING HEARING ON CLAIMANT'S MOTION TO SUPPRESS EVIDENCE |
| vs. | |
| APPROXIMATELY $52,000.00 IN UNITED STATES CURRENCY, and | |
| APPROXIMATELY $39,000.00 IN UNITED STATES CURRENCY | |
| Defendant. | |
| _____/ | |

On July 17, 2008, Claimant Ustano K. McVey noticed his Motion to Suppress Evidence for

August 21, 2008. The Court will hear Claimant's Motion on September 4, 2008, at 10:00 a.m.,

courtroom B., San Francisco, California

**IT IS SO ORDERED.**

Dated: July 23, 2008                                   _____

MARIA-ELENA JAMES
United States Magistrate Judge