IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-07-5459 MEJ |
| Plaintiff, | ORDER SETTING A STATUS CONFERENCE RE: MEET AND CONFER |
| vs. | |
| 1. APROXIMATELY $52,000 IN UNITED STATES CURRENCY, AND, | |
| 2. APPROXIMATELY $39,000 IN UNITED STATES CURRENCY, | |
| Defendants. | |

The Court is in receipt of Plaintiff's STATEMENT OF DAVID COUNTRYMAN RE: FAILURE TO MEET AND CONFER and hereby sets a hearing regarding the parties inability to meet, confer, and draft a joint letter regarding their discovery dispute. This hearing shall take place on Thursday, July 31, 2008, at 10:00 a.m., in Courtroom B. 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: July 28, 2008

MARIA-ELENA JAMES
United States Magistrate Judge