1  DAVID M. MICHAEL, CSBN 74031
   EDWARD M. BURCH, CSBN 255470
2  LAW OFFICES OF DAVID M. MICHAEL
   101 California Street, Suite 2450
3  San Francisco, CA 94111
4  Telephone:   (415) 946-8996
   Facsimile:   (877) 538-6220
5  E-mail:      dmmp5@aol.com

6
   DIANA T. FRAPPIER, CSBN 184048
7  344 40th Street
   Oakland, CA 94609
8  Telephone:   (510) 428-3939
   Facsimile:   (415) 233-4477
9  E-mail:      esqdiana@comcast.net
10

11 Attorneys for Claimant
   USTANO K. McVEY

12                    UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA

14
15 UNITED STATES OF AMERICA,

          Plaintiff,                    No. C 07 5459 MEJ
16
17 v.
                                        EXHIBITS A through H to
18                                      DECLARATION OF DAVID
   APPROXIMATELY $52,000.00             MICHAEL RE STATUS
19 IN UNITED STATES CURRENCY, and       CONFERENCE ON MEET AND
                                        CONFER
20 APPROXIMATELY $39,000.00
   IN UNITED STATES CURRENCY,
21
22        Defendant.                    Date: 31 July 2008
                                        Time: 10:00 A.M.
23 _____/
                                        Courtroom B, 15th Floor
24 USTANO K. McVEY,

25        Claimant.

26 _____/

27

28

                              -1-

# Exhibit A

David M. Michael has been admitted to practice, or appear pro hac vice, as an attorney before the following courts:

#### State Courts

| | |
|---|---|
| California State Courts | 1977 |
| Colorado State Courts | 1982 |
| Florida State Courts | 1998 |
| Arizona State Courts | 2000 |
| Nevada State Courts | 2000 |

#### Federal Courts

| | |
|---|---|
| United States Supreme Court | 1994 |
| | |
| First Circuit Court of Appeals | 1995 |
| Seventh Circuit Court of Appeals | 1997 |
| Eighth Circuit Court of Appeals | 1999 |
| Ninth Circuit Court of Appeals | 1993 |
| Tenth Circuit Court of Appeals | 2001 |
| | |
| Northern District of California | 1978 |
| Eastern District of California | 1990 |
| Southern District of California | 1980 |
| District of Arizona | 2000 |
| Northern District of Florida | 2001 |
| District of Idaho | 1993 |
| Central District of Illinois | 2006 |
| District of Massachusetts | 1995 |
| District of New Jersey | 2004 |
| District of Oregon | 1993 |
| District of Kansas | 2003 |
| District of Nebraska | 1997 |
| Eastern District of New York | 1993 |
| Western District of Texas | 1997 |

DAVID M. MICHAEL, CSB #74031
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA  94111

# Exhibit B

# LAW OFFICES OF DAVID M. MICHAEL
## 101 CALIFORNIA STREET, SUITE 2450
## SAN FRANCISCO, CA 94111
### TELEPHONE: (415) 946-8996 AND (510) 559-8590
### E-FAX: (877) 538-6220
### E-MAIL: DMMP5@AOL.COM

18 June 2008

AUSA David B. Countryman                          Via Fax: (415) 436-7234
Office of the US Attorney                         and US mail
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Re:     United States v $104,994.00 in U.S. Currency
        US District Court Case No. CV 08 2331 (ED Cal)

Dear Mr. Countryman:

I believe that you left a voice mail message for me late yesterday regarding the above matter.
Under the circumstances of this case, I would request that all our future communications be in
writing. If you need an immediate response to any inquiry, you can fax those communications to
me as you have done in the past. I will respond promptly.

Sincerely,


DAVID M. MICHAEL
DMM:ob

# Exhibit C



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*          *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*          *FAX:(415) 436-7234*

April 1, 2008

David M. Michael
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111

Diana T. Frappier
344 40th Street
Oakland, CA 94609

Re: United States v. Approximately $52,000 and $39,000 in United States Currency
Ustano K. McVey, claimant

Dear Mr. Micheal and Ms. Frappier,

This will confirm that you have agreed to extend the time for the United States' response to Claimant's First Set of Interrogatories and Production of Documents for an additional 15 days from April 4, 2008, up to and including April 21, 2008.  (The 15th day is on Saturday, April 19, so the responses will be filed on Monday, April 21.)

Thank you for your consideration.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

Susan B. Gray
Assistant United States Attorney

# Exhibit D



Image Not Available

*U.S. Department of Justice*

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*                                    *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*                    *FAX:(415) 436-7234*

April 15, 2008

David M. Michael
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111

Diana T. Frappier
344 40th Street
Oakland, CA 94609

Re: United States v. Approximately $52,000 and $39,000 in United States Currency
Ustano K. McVey, claimant

Dear Mr. Michaell and Ms. Frappier,

This will confirm that Mr. Michael has agreed to extend the time for the United States' response to Claimant's First Set of Interrogatories and Production of Documents for an additional 15 days from April 21, 2008, up to and including May 6, 2008.

This case is being reassigned to my new colleague, David Countryman.  His phone number is (415) 436-7303

Thank you for your consideration.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

Susan B. Gray
Assistant United States Attorney

# Exhibit E

# LAW OFFICES OF DAVID M. MICHAEL
## 101 CALIFORNIA STREET, SUITE 2450
## SAN FRANCISCO, CA 94111
TELEPHONE: (415) 946-8996 AND (510) 559-8590
E-FAX: (877) 538-6220
E-MAIL: DMMP5@AOL.COM

16 June 2008

AUSA David Countryman                          Via Fax: (415) 436-6748
Office of the U.S. Attorney                     and US mail
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Re:     United States v. $52,000 in U.S. Currency and $39,000 in U.S. Currency
        U.S. District Court Case No. C 07 5459 MEJ
        Claimants: Ustano McVey and Lance Dunmore

Dear Mr. Countryman:

This letter is to confirm that you have agreed to an extension of time for my client, Ustano McVey, to respond to your discovery requests so that they will now be due on 26 June 2008.

Thank you for your considerations in this matter.

Sincerely

DAVID M. MICHAEL
DMM:ob

**Exhibit F**

# LAW OFFICES OF DAVID M. MICHAEL
## 101 CALIFORNIA STREET, SUITE 2450
## SAN FRANCISCO, CA 94111
TELEPHONE: (415) 946-8996 AND (510) 559-8590
E-FAX: (877) 538-6220
E-MAIL: DMMP5@AOL.COM

26 June 2008

AUSA David Countryman                         Via Fax: (415) 436-6748
Office of the U.S. Attorney                   and US mail
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Re:   United States v. $52,000 in U.S. Currency and $39,000 in U.S. Currency
      U.S. District Court Case No. C 07 5459 MEJ
      Claimants: Ustano McVey and Lance Dunmore

Dear Mr. Countryman:

You had previously granted us an extension of time for my client, Ustano McVey, to respond to your discovery requests so that they would be due on 26 June 2008, today.  I have been preparing for a trip overseas and I have, quite frankly, not completed these responses as of this late time.

In any event, I will be bringing the file with me on my trip and my associate, Edward Burch, will be working with me to complete those responses.  Therefore, I would request an additional extension of time for one more week, to 3 July 2008 for us to provide those responses.

Thank you for your understanding and considerations in this matter.

Sincerely

DAVID M. MICHAEL
DMM:ob

cc:   Edward Burch, Esq.

**Exhibit G**

# LAW OFFICES OF DAVID M. MICHAEL

### 101 CALIFORNIA STREET, SUITE 2450
### SAN FRANCISCO, CA 94111
TELEPHONE: (415) 946-8996 AND (510) 559-8590
E-FAX: (877) 538-6220
E-MAIL: DMMP5@AOL.COM

21 July 2008

AUSA David Countryman                          Via Fax: (415) 436-6748
Office of the U.S. Attorney                     and US mail
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Re:     United States v. $52,000 in U.S. Currency and $39,000 in U.S. Currency
        U.S. District Court Case No. C 07 5459 MEJ
        Claimants: Ustano McVey and Lance Dunmore

Dear Mr. Countryman:

On 15 July 2008, I sent you a letter regarding your previous refusal to agree to a short extension
of time for our discovery responses.  As of this date, you have not responded to that
correspondence.

Can I presume from your lack of a response that you intend to ignore my request for clarification
on that issue?

Sincerely,

DAVID M. MICHAEL
DMM:ob

cc:     Diana Frappier
        Edward Burch

# LAW OFFICES OF DAVID M. MICHAEL

**101 California Street, Suite 2450**
**San Francisco, CA 94111**
Telephone: (415) 946-8996 and (510) 559-8590
E-Fax: (877) 538-6220
E-Mail: dmmp5@aol.com

21 July 2008

AUSA David Countryman                          Via Fax: (415) 436-6748
Office of the U.S. Attorney                     and US mail
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Re:    United States v. $52,000 in U.S. Currency and $39,000 in U.S. Currency
       U.S. District Court Case No. C 07 5459 MEJ
       Claimants: Ustano McVey and Lance Dunmore

Dear Mr. Countryman:

I have just received your faxed letter of today's date and I will tell you I do not appreciate your
extreme rudeness. Just to set the record straight, I discuss my ongoing cases with my associate
Ed Burch on a daily basis. In addition, I happen to read all my mail in a timely manner. I do not
appreciate your unsolicited advice to me about how I may or may not conduct my practice and/or
how I manage my office.

I will also presume from your letter that you continue to refuse to agree to the short extension of
time I had previously requested for our discovery responses. Consequently, I have no choice but
to now proceed to file a motion with the Court seeking relief from any alleged waiver you may
claim as to that issue. I will advise you at the onset that, in support of such a motion and in
anticipation of your response, which I can imagine, I intend to subpoena each and every AUSA in
the Northern District of California with whom I have ever dealt with as to the issue of extensions
of time, so that the Court may have a good idea of the real policy of that office, which is that no
AUSA has ever before refused me - or, likely, any other attorney - an extension of time where
there is no prejudice to the government in doing so.

Sincerely,

DAVID M. MICHAEL
DMM:ob

cc:    Diana Frappier
       Edward Burch

# Exhibit H

# LAW OFFICES OF DAVID M. MICHAEL

**101 California Street, Suite 2450**
**San Francisco, CA 94111**
Telephone: (415) 946-8996 and (510) 559-8590
E-Fax: (877) 538-6220
E-Mail: dmmp5@aol.com

## FACSIMILE TRANSMISSION

**TO:**      AUSA David Countryman
            Office of the U.S. Attorney
            450 Golden Gate Avenue, 9th Floor
            San Francisco, CA 94102

**Fax:**     (415) 436-6748

**Re:**      United States v. $52,000 in U.S. Currency and $39,000 in U.S. Currency
            U.S. District Court Case No. C 07 5459 MEJ
            Claimants: Ustano McVey and Lance Dunmore

**DATE:**    24 July 2008

**PAGES:**   3

Joint Letter regarding Discovery Disputes.

**DAVID MICHAEL**

The information contained in the following facsimile message is intended exclusively for the individual or entity named above and is therefore both confidential and potentially subject to legal privilege against disclosure.  If you have received this message in error or if the reader of this cover page is otherwise not the above-named addressee, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this communication in error, please notify us immediately.  Thank you.

# LAW OFFICES OF DAVID M. MICHAEL
## 101 CALIFORNIA STREET, SUITE 2450
## SAN FRANCISCO, CA 94111
TELEPHONE: (415) 946-8996 AND (510) 559-8590
E-FAX: (877) 538-6220
E-MAIL: DMMP5@AOL.COM

24 July 2008

AUSA David Countryman                           Via Fax: (415) 436-6748
Office of the U.S. Attorney                      and US mail
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Re:    **JOINT LETTER RE DISCOVERY DISPUTE**
       United States v. $52,000 in U.S. Currency and $39,000 in U.S. Currency
       U.S. District Court Case No. C 07 5459 MEJ
       Claimants: Ustano McVey and Lance Dunmore

Dear Mr. Countryman:

Pursuant to Judge Maria-Elena James' Standing Order re Discovery and Dispute Procedures, Order No. 3, please consider this communication our joint letter representing the existing discovery dispute in the above matter.

   1. On 13 May 2008, Plaintiff served Claimant by mail its first set of interrogatories and Requests for Admissions. The responses were due on 16 June 2008.
   2. On 16 June 2008, Claimant requested an extension of time to 26 June 2008 for his responses. Plaintiff agreed to that extension of time.
   3. On 26 June 2008, after 5:00 p.m., Claimant requested in writing an additional one week extension of time for his responses.
   4. On 27 June 2008, Plaintiff stated in writing that it would not agree to the additional time for Claimant's responses.
   5. On 3 June 2008, Claimant served his responses to Plaintiffs Interrogatories and Request for Admissions.
   6. The parties have had numerous discussions regarding Plaintiff's refusal to accept Claimant's responses as timely under the circumstances.
   6. At all times since, 27 June 2008, Plaintiff's position has been that all objections to Plaintiff's Interrogatories and objections to and denials of Plaintiff's Request for Admissions have been waived pursuant to FRCP 33(b)(4), that all Requests for Admissions are deemed admitted and that all objections to any interrogatories are no longer allowed.
   8. Claimant, at all times, has requested that Plaintiff withdraw its position that all objections to Plaintiff's Interrogatories and objections to and denials of Plaintiff's Request for Admissions are waived and agree to the extension of time previously requested for his responses so that Claimant will not be required to move the Court for an order granting Claimant relief from any alleged waiver of objections to Plaintiff's Interrogatories and objections to and denials of Plaintiff's Request for Admissions.

AUSA David Countryman
24 July 2008
Page Two

     9.  Counsel for Plaintiff and Claimant met and conferred on the above discovery issues on 23 July 2008.

     10.  At the meet and confer, counsel for Claimant requested again that Plaintiff agree that Claimant's responses to Plaintiff's Request for Admissions and Interrogatories be deemed timely, so that Claimant would not be required to seek an order from the Court granting Claimant relief from any claimed waiver of objections to Plaintiff's Interrogatories and objections to and denials of Plaintiff's Request for Admissions.

     11.  At that meet and confer meeting, counsel for Plaintiff reasserted his position that all objections to and denials of Plaintiff's Request for Admissions and objections to Plaintiff's Interrogatories have been waived by Claimant.

     12.  Due to the failure of the parties to agree regarding this issue, there were no further substantive discussions as to any other issue.

If you concur with the above statements, please sign this letter, fax the signature page back to my office, and I will present it to the Court pursuant to the standing order.

Sincerely,


DAVID M. MICHAEL
DMM:ob


I agree with the above statement of facts regarding the present discovery issues and disputes.

Dated: _____ 2008




_____
AUSA DAVID B. COUNTRYMAN
Attorney for Plaintiff
United States of America

1

## CERTIFICATE OF SERVICE

2

3

I hereby certify that, on 29 July 2008, I caused to be electronically filed the foregoing

4

with the clerk of the court by using the CM/ECF system, which will send a notice of electronic

5

filing to the following:

6

DAVID B. COUNTRYMAN

7

Office of the United States Attorney
450 Golden Gate Avenue, Box 36055

8

San Francisco, CA 94102
david.countryman@usdoj.gov

9

10

11

S/DAVID M. MICHAEL

12

DAVID M. MICHAEL
Attorney for Claimant McVey

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28