IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C-07-5459 MEJ |
| Plaintiff, | ORDER CONTINUING HEARING ON CLAIMANT'S MOTION TO SUPPRESS |
| vs. | |
| APPROXIMATELY $52,000 IN U.S. CURRENCY, et al, | |
| Defendant. | |
| _____/ | |

The Court hereby continues the hearing on Claimant's *Motion to Suppress*, originally set for September 4, 2008, to September 18, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California..

**IT IS SO ORDERED.**

Dated: July 30, 2008

MARIA-ELENA JAMES
United States Magistrate Judge