IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. C-07-5459 MEJ |
| Plaintiff, | ORDER RE: HEARING ON MEET AND CONFER |
| vs. | |
| APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, et al., | |
| Defendants | |

This Court held a hearing on Thursday, July 31, 2008 regarding the parties' inability to meet and confer and file a joint letter regarding discovery disputes. After considering the arguments of the parties, the Court rules as follows:

1. Claimant's motion to Suppress is continued to Thursday, September 25, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

2. At this point, no objections have been waived and there are no admission which are deemed admitted.

3. The parties shall meet and confer on Monday, August 4, 2008 regarding any outstanding discovery disputes.

4. By Wednesday, August 6, 2008, the parties shall file joint letters (see Judge James' standing order re: discovery on the Court's website) regarding any outstanding discovery disputes

5. By Friday, August 8, 2008, the parties shall turn over any discovery not subject to dispute.

**IT IS SO ORDERED.**

Dated: August 4, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2