DAVID M. MICHAEL, CSBN 74031
EDWARD M. BURCH, CSBN 255470
LAW OFFICES OF DAVID M. MICHAEL
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:   (415) 946-8996
Facsimile:    (877) 538-6220
E-mail:       dmmp5@aol.com

DIANA T. FRAPPIER, CSBN 184048
344 40th Street
Oakland, CA 94609
Telephone:   (510) 428-3939
Facsimile:    (415) 233-4477
E-mail:       esqdiana@comcast.net

Attorneys for Claimant
USTANO K. McVEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $52,000.00
IN UNITED STATES CURRENCY, and

APPROXIMATELY $39,000.00
IN UNITED STATES CURRENCY,

    Defendant.
_____/

USTANO K. McVEY,

    Claimant.
_____/

No. C 07 5459 MEJ

RESPONSE OF CLAIMANT
USTANO K. MCVEY TO
GOVERNMENT'S FIRST SET OF
INTERROGATORIES

//
//
//

-1-

## **PRELIMINARY STATEMENT**

1. Claimant has not completed his investigation of the facts, witnesses, or documents relating to this case, nor has Claimant completed discovery in this action, nor has Claimant completed an analysis of all available data. Furthermore, Claimant has not completed any preparations for trial. Accordingly, the responses herein are given without prejudice to Claimant's right to provide further responses, which Claimant may subsequently discover, or which Claimant will obtain from plaintiff or may obtain elsewhere or which may be contained in Claimant's possessions but not determined to be relevant at this time. Claimant reserves his right to alter, amend, supplement, or otherwise modify these responses if and when additional information is known or obtained.

2. The responses are given herein without prejudice to Claimant's right to present information which may hereafter be discovered during the course of continued discovery and investigation by Claimant. These responses are made without prejudice to Claimant's right to produce any evidence which may have been omitted from this response and only subsequently discovered because of oversight, inadvertence, and/or good faith error, or a mistake, or which may have been known to Claimant or in Claimant's possession, but not considered at the time of these responses to be relevant to this case.

3. Claimant, USTANO K. McVEY, objects to all definitions, instructions, and terms, to the extent that they purport to impose any different or additional obligations beyond those required by the Code of Civil Procedure.

4. Claimant, USTANO K. McVEY, objects to each request to the extent that it seeks information protected by the attorney/client privilege, the attorney work product doctrine, or any other applicable privilege or immunity.

5. Claimant, USTANO K. McVEY, objects to each request to the extent it requires a violation of any individual's right to privacy under any applicable state, federal, or constitutional provisions or laws, including the Fifth Amendment to the United States Constitution.

6. Claimant, USTANO K. McVEY, objects to each request to the extent it seeks information in violation of Claimant's Fourth Amendment rights against an unreasonable search and seizure of his property and his rights to have such evidence suppressed in this proceeding.

7. Claimant, USTANO K. McVEY, objects to each request to extent that it seeks the disclosure of information exempt from disclosure under any applicable evidentiary, statutory, or common-law privilege.

8. Claimant, USTANO K. McVEY, objects to each request to the extent that it calls for information outside of the time period relevant to this action.

Subject to, and without waiving the foregoing general objections and statements, Claimant, USTANO K. McVEY, hereby responds to Plaintiff's First Set of Interrogatories as follows:

**Interrogatory No. 1**: Describe the circumstances of how you acquired your alleged interest in defendant $39,000.

**Response to Interrogatory No. 1**:

**Objection**: This discovery request seeks information in violation of claimant's Fifth Amendment right against self incrimination, in that the answer might be incriminating or might furnish the link in the chain of evidence needed by the government in their desire to prosecute claimant for a crime, all arising out of this matter, other related matters, and the government's investigations.

**Objection:** This request seeks information in violation of Claimant's Fourth Amendment rights against an unreasonable search and seizure of his property and his right to have any evidence obtained as a result of such illegality suppressed in these proceedings or any other proceeding.

If it is determined that in a future proceeding that the privileges and rights asserted herein may, in some way, burden claimant's rights and interest, claimant will seek a protective order requesting that the appropriate court stay or limit the instant action pending a resolution of said proceedings.

**Objection**: This discovery request exceeds the permissible scope of discovery in that it seeks information not relevant to the subject matter of the action.

**Objection**: This discovery request is overbroad, burdensome and oppressive.

Without waiving said objections, the following information is provided: The defendant currency consists of a portion of my general income which I have accrued and generated in my capacity as a self-employed freelance talent and booking agent and producer in the hip hop music industry.

As a freelance booking agent, I represent various hip hop artists, securing venues and setting dates for artists' live performances using contacts I have established in the hip hop industry. Thus, my income in this capacity comes in the form of a finder's fee and/or a percentage of money made at the performance by the club and/or artist. Moreover, as a freelance booking agent, I obtain artists' recordings/albums and take them to Disc Jockeys at various venues and/or radio stations, utilizing my established contacts/relationships with these Disc Jockeys and clubs to encourage these entities to play the music of the artists whom I represent; for this service I am compensated separately.

In my capacity as a hip hop music producer, I use my knowledge of and contacts in the hip hop music industry to guide, direct, and fund artists whom I represent in the recordings of those artists' original studio albums. I am paid for my time and effort in the studio and for what my knowledge of music and experience in the industry adds to those artists' recordings.

As a talent agent, I search for and find talented, emerging artists, and introduce those artists to producers and/or hip hop record labels. If a producer and/or label wishes to work with or represent the artist, then I again take a considerable finder's fee. Oftentimes I will find an exceptionally talented artist and take him or her on as a producer myself.

**Interrogatory No. 2:** Identify each and every person who has knowledge of the facts stated in response to Interrogatory No. 2.

**Response to Interrogatory No. 2::**

**Objection**: This discovery request seeks information in violation of claimant's Fifth Amendment right against self incrimination, in that the answer might be incriminating or might furnish the link in the chain of evidence needed by the government in their desire to prosecute claimant for a crime, all arising out of this matter, other related matters, and the government's investigations.

**Objection**: This request seeks information in violation of Claimant's Fourth Amendment rights against an unreasonable search and seizure of his property and his right to have any evidence obtained as a result of such illegality suppressed in these proceedings or any other proceeding.

If it is determined that in a future proceeding that the privileges and rights asserted herein may, in some way, burden claimant's rights and interest, claimant will seek a protective order

requesting that the appropriate court stay or limit the instant action pending a resolution of said proceedings.

**Objection**: This discovery request is ambiguous, confusing, and unintelligible.

**Objection**: This discovery request is overbroad, burdensome and oppressive.

**Interrogatory No. 3:** For each and every job or other employment (including self-employment or criminal activities) that you have had since January 1, 2002, identify each employer.

**Response to Interrogatory No. 3:**

   See Response to Interrogatory No. 1.

**Interrogatory No. 4:** For each employer (including self-employment or criminal activities) listed in response to Interrogatory No. 3, state all of your job titles or positions. If you did not have a formal title or position, list your job duties or responsibilities.

**Response to Interrogatory No. 4:**

   See Response to Interrogatory No. 1.

**Interrogatory No. 5:** For each employer (including self-employment or criminal activities) listed in response to Interrogatory No. 3, state all of your job titles or positions. If you did not have a formal title or position, list your job duties or responsibilities.

**Response to Interrogatory No. 5:**

   See Response to Interrogatory No. 1.

**Interrogatory No. 6:** For each job or position (including self-employment or criminal activities) listed in response to interrogatory No. 4, state the wages or salary that you received from each on whatever periodic basis was used to pay you (e.g. hourly, weekly, bimonthly, yearly).

**Response to Interrogatory No. 6:**

See Response to Interrogatory No. 1.

**Interrogatory No. 7:** For each job or position (including self-employment or criminal activities) listed in response to interrogatory No. 4, identify all co-workers (including supervisors) with knowledge of your hours, responsibilities, or pay.

**Response to Interrogatory No. 7:**

See Response to Interrogatory No. 1. In addition, and without waiving said objections and the general objections listed in the Preliminary Statement, *supra*, the following information is provided: In my capacity as a freelance and self-employed entertainment agent and producer, I do not have any co-workers or supervisors that have knowledge of my hours, responsibilities, or pay.

**Interrogatory No. 8:** Identify each and every source from which you have received a total of at least $1,000 since January 1, 2002 (e.g. John Smith; 123 Main Street, San Francisco, CA; (415) 555-1234), including but limited to gifts, bequests, inheritance, gambling winnings, prizes, judgments, settlements, royalties, monies in trust, interest income, rental income, loans, proceeds from illegal activities, lines of credit, sale of property (real, personal, or intellectual), or insurance payments.

**Response to Interrogatory No. 8:**

**Objection**: This discovery request seeks information in violation of claimant's Fifth Amendment right against self incrimination, in that the answer might be incriminating or might furnish the link in the chain of evidence needed by the government in their desire to prosecute claimant for a crime, all arising out of this matter, other related matters, and the government's investigations.

**Objection:** This request seeks information in violation of Claimant's Fourth Amendment rights against an unreasonable search and seizure of his property and his right to have any evidence obtained as a result of such illegality suppressed in these proceedings or any other proceeding.

If it is determined that in a future proceeding that the privileges and rights asserted herein may, in some way, burden claimant's rights and interest, claimant will seek a protective order requesting that the appropriate court stay or limit the instant action pending a resolution of said proceedings.

**Objection**: This discovery request is ambiguous, confusing, and unintelligible.

**Objection**: This discovery request is overbroad, burdensome and oppressive.

**Objection:** This discovery request exceeds the permissible scope of discovery in that it seeks information not relevant to the subject matter of the action.

**Interrogatory No. 9:** For source of money listed in response to Interrogatory No. 8, list each and every time (i.e. day, month, year) you received money from that source.

**Response to Interrogatory No. 9:**

See response to Interrogatory No. 8.

**Interrogatory No. 10:** For each time you received money listed in response to Interrogatory No. 8, state the amount of money you received on that occasion.

**Response to Interrogatory No. 10:**

See response to Interrogatory No. 8.

**Interrogatory No. 11:** For each time you received money listed in response to Interrogatory No. 8, describe why you received that money (e.g. monthly rental income from 123 Main Street, San Francisco, CA).

**Response to Interrogatory No. 11:**

See response to Interrogatory No. 8.

**Interrogatory No. 12:** If your interest in any of defendant $39,000 includes any proceeds from the sale of property (real, personal, or intellectual), describe the circumstances of how you first acquired your alleged interest in the property that was sold.

**Response to Interrogatory No. 12:**

    **Objection**: This discovery request seeks information in violation of claimant's Fifth Amendment right against self incrimination, in that the answer might be incriminating or might furnish the link in the chain of evidence needed by the government in their desire to prosecute claimant for a crime, all arising out of this matter, other related matters, and the government's investigations.

    **Objection**: This request seeks information in violation of Claimant's Fourth Amendment rights against an unreasonable search and seizure of his property and his right to

have any evidence obtained as a result of such illegality suppressed in these proceedings or any other proceeding.

If it is determined that in a future proceeding that the privileges and rights asserted herein may, in some way, burden claimant's rights and interest, claimant will seek a protective order requesting that the appropriate court stay or limit the instant action pending a resolution of said proceedings.

**Objection**: This discovery request is ambiguous, confusing, and unintelligible.

**Objection**: This discovery request is overbroad, burdensome and oppressive.

**Objection:** This discovery request exceeds the permissible scope of discovery in that it seeks information not relevant to the subject matter of the action.

Without waiving said objection, my interest in the defendant currency does not include proceeds from the sale of property as described above.

**Interrogatory No. 13:** If your interest in any of defendant $39,000 includes any proceeds from the sale of property (real, personal, or intellectual), identify each and every person who has knowledge of how you first acquired an interest in the property you sold.

**Response to Interrogatory No. 13:**

**Objection:**  This discovery request seeks information in violation of claimant's Fifth Amendment right against self incrimination, in that the answer might be incriminating or might furnish the link in the chain of evidence needed by the government in their desire to prosecute claimant for a crime, all arising out of this matter, other related matters, and the government's investigations.

**Objection:** This request seeks information in violation of Claimant's Fourth Amendment rights against an unreasonable search and seizure of his property and his right to have any evidence obtained as a result of such illegality suppressed in these proceedings or any other proceeding.

If it is determined that in a future proceeding that the privileges and rights asserted herein may, in some way, burden claimant's rights and interest, claimant will seek a protective order requesting that the appropriate court stay or limit the instant action pending a resolution of said proceedings.

**Objection**: This discovery request is ambiguous, confusing, and unintelligible.

**Objection**: This discovery request is overbroad, burdensome and oppressive.

**Objection:** This discovery request exceeds the permissible scope of discovery in that it seeks information not relevant to the subject matter of the action.

Without waiving said objection, my interest in the defendant currency does not include proceeds from the sale of property as described above.

**Interrogatory No. 14:** Identify any and all artists you were trying to sign on your trip to Atlanta.

**Response to Interrogatory No. 14:**

**Objection**: This discovery request seeks information in violation of claimant's Fifth Amendment right against self incrimination, in that the answer might be incriminating or might furnish the link in the chain of evidence needed by the government in their desire to prosecute claimant for a crime, all arising out of this matter, other related matters, and the government's investigations.

**Objection:** This request seeks information in violation of Claimant's Fourth Amendment rights against an unreasonable search and seizure of his property and his right to have any evidence obtained as a result of such illegality suppressed in these proceedings or any other proceeding.

If it is determined that in a future proceeding that the privileges and rights asserted herein may, in some way, burden claimant's rights and interest, claimant will seek a protective order requesting that the appropriate court stay or limit the instant action pending a resolution of said proceedings.

**Objection:** This discovery request is ambiguous, confusing, and unintelligible.

**Objection:** This discovery request is overbroad, burdensome and oppressive.

**Objection:** This discovery request exceeds the permissible scope of discovery in that it seeks information not relevant to the subject matter of the action.

**Interrogatory No. 15:** Identify by account number, account holder, branch address, and institution name, any and all bank accounts and other accounts, including but not limited to, safe deposit boxes, mutual funds, savings accounts, IRAs, NOW accounts, Treasury bills, loans, mortgages, stocks, bonds, commodities, stock options, trust funds, in which you have or had any interest, or for which you have or had control and access at any time since 2002.

**Response to Interrogatory No. 15:**

**Objection:** This discovery request seeks information in violation of claimant's Fifth Amendment right against self incrimination, in that the answer might be incriminating or might furnish the link in the chain of evidence needed by the government in their desire to prosecute claimant for a crime, all arising out of this matter, other related matters, and the government's

investigations.

**Objection:** This request seeks information in violation of Claimant's Fourth Amendment rights against an unreasonable search and seizure of his property and his right to have any evidence obtained as a result of such illegality suppressed in these proceedings or any other proceeding.

If it is determined that in a future proceeding that the privileges and rights asserted herein may, in some way, burden claimant's rights and interest, claimant will seek a protective order requesting that the appropriate court stay or limit the instant action pending a resolution of said proceedings.

**Objection**: This discovery request is ambiguous, confusing, and unintelligible.

**Objection**: This discovery request is overbroad, burdensome and oppressive.

**Objection:** This discovery request exceeds the permissible scope of discovery in that it seeks information not relevant to the subject matter of the action.

Without waiving said objections, the following information is provided: I have had, for the last 2-3 years, a Washington Mutual checking account and a Washington Mutual savings account. Each month I put approximately $5,000 in the checking account and use approximately $5,000 from the checking account.

**Interrogatory No. 16:** For each account listed in response to Interrogatory No. 15, please list the current balance or the current value of that account.

**Response to Interrogatory No. 16:**

**Objection**: This discovery request seeks information in violation of claimant's Fifth Amendment right against self incrimination, in that the answer might be incriminating or might

-13-

furnish the link in the chain of evidence needed by the government in their desire to prosecute claimant for a crime, all arising out of this matter, other related matters, and the government's investigations.

**Objection:** This request seeks information in violation of Claimant's Fourth Amendment rights against an unreasonable search and seizure of his property and his right to have any evidence obtained as a result of such illegality suppressed in these proceedings or any other proceeding.

If it is determined that in a future proceeding that the privileges and rights asserted herein may, in some way, burden claimant's rights and interest, claimant will seek a protective order requesting that the appropriate court stay or limit the instant action pending a resolution of said proceedings.

**Objection**: This discovery request is ambiguous, confusing, and unintelligible.

**Objection**: This discovery request is overbroad, burdensome and oppressive.

**Objection:** This discovery request exceeds the permissible scope of discovery in that it seeks information not relevant to the subject matter of the action.

Without waiving said objection, see response to Interrogatory No. 15.

Dated: 3 July 2008

Respectfully submitted,

_____
DAVID M. MICHAEL
Attorney for Claimant USTANO K. McVEY

1
2
3
4
5              **CERTIFICATE OF SERVICE**
6
7    The undersigned hereby certifies that on 3 July 2008, a copy of the foregoing was served by mail
8    upon the following:
9
10   DAVID B. COUNTRYMAN
     Office of the United States Attorney
11   450 Golden Gate Avenue, Box 36055
12   San Francisco, CA 94102
13
14
15
16                              DAVID M. MICHAEL
                                Attorney for Claimant USTANO K. McVEY
17
18
19
20
21
22
23
24
25
26
27
28

## **VERIFICATION**

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing RESPONSE OF CLAIMANT USTANO K. McVEY TO GOVERNMENT'S FIRST SET OF INTERROGATORIES, that he knows the contents thereof, and that the same is true of his own knowledge, except as to those matters answered on information and belief and, as to those matters, he believes them to be true.

Dated: _July 3_ 2008

_____
USTANO K. McVEY