IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. C-07-5459 MEJ |
| Plaintiff , | ORDER CONTINUING HEARING ON CLAIMANT'S MOTION TO SUPPRESS; |
| vs. | |
| APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, et al., | GENERAL HEARING ORDER FOR HEARING ON CLAIMANT'S MOTION TO SUPPRESS |
| Defendants | |

    The Court hereby continues the hearing on Claimant Lance Dunmore's *Motion to Suppress*. The hearing will be held at 10:00 a.m., on Tuesday, October 14, 2008, in Courtroom B., 450 Golden Gate Avenues, San Francisco, California.

    The parties are to exchange and file a witness lists by August 29, 2008. This list will include a detailed summary of the testimony of each witness. Also, by August 29, 2008, the parties shall exchange and file an Exhibit list (If there are exhibits) This list shall be of all exhibits to be offered at the hearing. The exhibit list shall list each proposed exhibit by its number or alphabetical letter, description and sponsoring witness. All documents shall be authenticated prior to trial.

    Courtesy copies of the above lists shall be lodged with Judge James Chambers within a week

1  of their filing. Parties should note that the hearing will be held on Tuesday, October 14, 2008, which
2  is not on the Judge's regular law and motion day (Thursday).
3      **IT IS SO ORDERED.**

Dated: August 7, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

2