DAVID M. MICHAEL, CSBN 74031
EDWARD M. BURCH, CSBN 255470
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:   (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:      dmmp5@aol.com

DIANA T. FRAPPIER, CSBN 184048
344  40th Street
Oakland, CA 94609
Telephone:   (510) 428-3939
Facsimile:   (415) 233-4477
E-mail:      esqdiana@comcast.net

Attorneys for Claimant
USTANO K. McVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>APPROXIMATELY $52,000.00<br>IN UNITED STATES CURRENCY, and<br><br>APPROXIMATELY $39,000.00<br>IN UNITED STATES CURRENCY,<br><br>      Defendant.<br>_____/<br>USTANO K. McVEY,<br><br>      Claimant.<br>_____/ | No. C 07 5459 MEJ<br><br>**CLAIMANT USTANO MCVEY'S EXHIBIT LIST FOR THE HEARING ON THE MOTION TO SUPPRESS**<br><br>Date:  14 October 2008<br>Time:  10:00 a.m.<br>Courtroom:  B |

    The following exhibits may be presented by Claimant Ustano McVey at the hearing on the Motion to Suppress in this matter.

**EXHIBIT A:** DECLARATION OF CLAIMANT USTANO K. McVEY IN SUPPORT OF MOTION TO SUPPRESS. Sponsoring witness will be Ustano McVey.

**EXHIBIT B:** MOTION TO TERMINATE PROBATION EARLY PER 1203.3 PC, MOTION TO DISMISS CHARGE PER 1203.4 PC, and ORDER OF THE COURT relating to San Francisco Superior Court Case No. 139642.  Sponsoring witness will be Ustano McVey.

**EXHIBIT C:** MINTUES FROM SAN FRANCISCO SUPERIOR COURT CASE NO. 139642. Sponsoring witness will be Ustano McVey.

**EXHIBIT D:** DIAGRAM OF AREA WITHIN SAN FRANCISCO INTERNATIONAL AIRPORT. Sponsoring witness will be Ustano McVey, DEA SA Willie Byrd or DEA TFA Steve Maes.

**FURTHER EXHIBITS:**  In that the government's response to Claimant's motion to suppress is not due until 23 September 2008, and Claimant's reply in support of the motion to suppress is not due until 30 September 2008, Claimant will seek leave of this Court to supplement, if necessary, his Exhibit List, depending on the further factual arguments that may be made in those subsequent pleadings.

Dated: 28 August 2008

                                                     Respectfully submitted,

                                                     <u>S/DAVID M. MICHAEL</u>
                                                     DAVID M. MICHAEL
                                                     Attorney for Claimant USTANO K. McVEY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF ELECTRONIC FILING**

    I hereby certify that, on 29 August 2008, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

DAVID B. COUNTRYMAN
Office of the United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
david.countryman@usdoj.gov

                                         S/DAVID M. MICHAEL
                                         DAVID M. MICHAEL
                                         Attorney for Claimant McVey