DAVID M. MICHAEL, CSBN 74031
EDWARD M. BURCH, CSBN 255470
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:   (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:      dmmp5@aol.com

DIANA T. FRAPPIER, CSBN 184048
344  40th Street
Oakland, CA 94609
Telephone:   (510) 428-3939
Facsimile:   (415) 233-4477
E-mail:      esqdiana@comcast.net

Attorneys for Claimant
USTANO K. McVEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPROXIMATELY $52,000.00<br>IN UNITED STATES CURRENCY, and<br><br>APPROXIMATELY $39,000.00<br>IN UNITED STATES CURRENCY,<br><br>　　　　Defendant.<br>_____/<br>USTANO K. McVEY,<br><br>　　　　Claimant.<br>_____/ | No. C 07 5459 MEJ<br><br>**CLAIMANT USTANO MCVEY'S WITNESS LIST FOR THE HEARING ON THE MOTION TO SUPPRESS**<br><br>Date:  14 October 2008<br>Time:  10:00 a.m.<br>Courtroom:  B |

　　　　The following witnesses may be called by Claimant Ustano McVey at the hearing on the Motion to Suppress in this matter.

1. **Drug Enforcement Administration (DEA) Special Agent (SA) Willie Byrd**. On May 22, 2007, SA Byrd allegedly received a phone call regarding Claimant Ustano McVey, conducted a commercial database and NCIC check on McVey, detained and searched McVey at the San Francisco International Airport, and seized funds from McVey at issue in this case. SA Byrd is expected to testify to information he had received or obtained prior to detaining McVey, events leading up to the encounter with and the detention of McVey, the actual detention of McVey, the search of McVey's belongings, the seizure of funds at issue in this case and events following the search and seizure.

2. **Drug Enforcement Administration (DEA) Task Force Agent (TFA) Steve Maes**. On May 22, 2007, TFA Maes conducted surveillance of McVey at the San Francisco International Airport, was present for and/or participated in the detention and search of McVey at the airport, and the seizure of funds from McVey at issue in this case. TFA Maes is expected to testify to the events leading up to the encounter with and detention of McVey, the actual detention of McVey, the search of McVey's belongings, the seizure of funds at issue in this case, and events following the search and seizure.

3. **Drug Enforcement Administration (DEA) Task Force Agent (TFA) Marty Mahon**- At the time of the encounter with and detention of Claimant McVey at the SFO baggage claim area, TFA Mahon encountered another individual on the same date and in the same location where the detention of McVey occurred. That individual was identified as Rama Moore. It is unclear at this time if the government intends to use the encounter by the agents with Rama Moore as evidence in support of its position opposing McVey's motion to suppress. If the government so chooses, and is allowed to do so by this Court, then

Claimant. will examine TFA Mahon regarding his encounter with Rama Moore, the detention and search of Moore' baggage and any seizure of Moore's property.

In addition, TFA Mahon may have been involved in a subsequent canine search of the baggage area at SFO and a canine search of McVey's and Moore's luggage and their contents. To the extent that evidence related to that canine search is relevant to the issues raised in McVey's motion to suppress, then TFA Mahon will testify regarding that event and the qualifications of the canine who conducted that canine search.

4. **Drug Enforcement Administration (DEA) Special Agent (SA) Jay Dial**.- At the time of the encounter with and detention of Claimant McVey at the SFO baggage claim area, SA Dial also encountered Rama Moore. It is unclear at this time if the government intends to use the encounter by the agents with Rama Moore as evidence in support of its position opposing McVey's motion to suppress. If the government so chooses, and is allowed to do so by this Court, then Claimant. will examine SA Dial regarding his encounter with Rama Moore, the detention and search of Moore' baggage and any seizure of Moore's property.

In addition, SA Dial may have been involved in an NCIC database search regarding McVey and/or Moore, the handling and processing of any seized property, and subsequent events and investigations following the seizure of McVey's property. To the extent that evidence related to those events are relevant to the issues raised in McVey's motion to suppress, then SA Dial will testify regarding them.

5. **Drug Enforcement Administration (DEA) Task Force Agent (TFA) Ron Drake**- TFA Drake may have been involved in subsequent events and investigations following the seizure of McVey's property. To the extent that evidence related to those events are

relevant to the issues raised in McVey's motion to suppress, then TFA Drake will testify regarding them.

6. **Confidential Source, referred to in reports as "CS".** On May 22, 2007, an unnamed person, whom the government identifies as a confidential source, and whose true identity has not yet been provided to McVey, allegedly made a telephone call to SA Byrd regarding McVey and another traveler. This call, and the information provided allegedly led to the encounter with and detention of McVey. This unnamed person will testify as to the information he or she provided to SA Byrd, the source of said information, his or her observations of McVey, and the facts that could possibly establish the reliability and trustworthiness of the information provided by this unnamed person to law enforcement agents.

7. **Claimant Ustano McVey.** On May 22, 2007, McVey traveled from Atlanta, GA to San Francisco, CA via Delta Airlines Flight No. 69. After arriving at the San Francisco International Airport McVey was detained, questioned, had his belongings searched and had funds at issue in this case seized. McVey is expected to testify to his travel, the events leading up to his detention, his detention, the search of his belongings, the seizure of his funds at issue in this case, and any relevant events following the search & seizure.

8. **Other Witnesses:** In that the government's response to Claimant's motion to suppress is not due until 23 September 2008, and Claimant's reply in support of the motion to suppress is not due until 30 September 2008, Claimant will seek leave of this Court to supplement, if necessary, his Witness List, depending on the further factual arguments that may be made in those subsequent pleadings.

Dated: 28 August 2008

                                      Respectfully submitted,

                                      <u>S/DAVID M. MICHAEL</u>
                                      DAVID M. MICHAEL
                                      Attorney for Claimant USTANO K. McVEY

### CERTIFICATE OF ELECTRONIC FILING

I hereby certify that, on 29 August 2008, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

DAVID B. COUNTRYMAN
Office of the United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
david.countryman@usdoj.gov

                                      <u>S/DAVID M. MICHAEL</u>
                                      DAVID M. MICHAEL
                                      Attorney for Claimant McVey