JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7303
   Facsimile: (415) 436-6748
   email:      david.countryman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>               v.<br><br>1.  APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, AND<br><br>2. APPROXIMATELY $39,000 IN UNITED STATES CURRENCY,<br><br>                     Defendants. | No.  C 07-5459 MEJ<br><br>UNITED STATES' WITNESS AND EXHIBIT LIST FOR THE MOTION TO SUPPRESS HEARING |

        The United States hereby files its witness and exhibit list in the above-captioned hearing

on claimant Ustano McVey's Motion to Suppress, and requests leave of Court to supplement the

list as may become necessary.

DATED: August 29, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          /s/
                                          DAVID COUNTRYMAN
                                          Assistant United States Attorney

1

UNITED STATES' WITNESS LIST
UNITED STATES v.  APPROX. $52,000, ET AL.

2

C 07-5459 MEJ

3

4

1.  WILLIE BYRD           Special Agent, Drug Enforcement Administration; case agent.
Special Agent Byrd will testify regarding his conversation with
claimant and the consensual search of claimant's luggage.

5

6

2.  STEVE MAES          Special Agent, Drug Enforcement Administration; case agent.
Special Agent Byrd will testify regarding his conversation with
claimant and the consensual search of claimant's luggage.

7

8

3.  USTANO McVEY      Claimant; Mr. McVey is expected to testify regarding his
conversation with Special Agents Byrd and Maes and the search of
his luggage.

9

10

11

UNITED STATES' EXHIBIT LIST
UNITED STATES v.  APPROX. $52,000, ET AL.

12

C 07-5459 MEJ

13

| Exhibit Number | Bates Number | Exhibit Description | Sponsoring Witness |
|---|---|---|---|
| 1 | 0001 - 0006 | Report Re: Case Summary-Seizure of $39,000 | TFA Steve Maes |
| 2 | 0007 | Report Re: Employment History of Ustano McVey | TFA Steve Maes |
| 3 | 0017 - 0018 | Photographs of U.S. Currency seized from Ustano McVey | SA Willie Byrd |
| 4 | 0019 - 0020 | Criminal History of Ustano McVey | SA Willie Byrd |
| 5 | 0030 - 0038 | Excerpts from the National Drug Threat Assessment 2007 | SA Willie Byrd |
| 6 | 0039 - 0047 | Press releases citing Atlanta as a drug hub city | SA Willie Byrd |
| 7 | | Complaint for Forfeiture | SA Willie Byrd |
| 8 | | Claimant Ustano McVey's Answer | Ustano McVey |

27

28

UNITED STATES' WITNESS AND EXHIBIT LIST FOR THE MOTION TO SUPPRESS HEARING

| 9 | | Response of Claimant Ustano K. McVey to Government's First Set of Interrogatories | Ustano McVey |
|---|---|---|---|
| 10 | | Amended Response of Claimant Ustano K. McVey to Government's First Set of Interrogatories | Ustano McVey |
| 11 | | Plaintiff's Request for Production of Documents to Ustano McVey | N/A |
| 12 | | Response of Claimant Ustano K. McVey to Government's Request for Production of Documents | Ustano McVey |
| 13 | | Diagram of baggage claim where search occurred | SA Willie Byrd |
| 14 | | Response of Claimant Ustano K. McVey to Government's Request for Admissions | Ustano McVey |